■ Rose Piazza, Appellant-Respondent, v Lucille Cucco, Formerly Known as Lucille Piazza, Respondent-Appellant.—

Contrary to the plaintiff's claims, there are numerous issues of fact which preclude the granting of partial summary judgment or the dismissal of the defendant's affirmative defenses.

We have reviewed the parties' remaining contentions and find them to be without merit. Kunzeman, J. P., Balletta, Miller and Ritter, JJ., concur.